AO91 (Rev. 12/03) Criminal Complaint    *Felony*    AUSA

United States District Court
Southern District of Texas
FILED

JAN 1 8 2020

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
**vs.**

Manolo Estuardo TORRES-Ordonez
A096 038 888  Guatemala

**CRIMINAL COMPLAINT**

Case Number: B-20-MJ-

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about January 17, 2020 in Cameron County, in the Southern District Of Texas defendant(s) an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on January 17, 2020. The defendant is a citizen and national of Guatemala who was previously deported, excluded or removed from the United States on April 13, 2016. The defendant was convicted of Illegal Re-entry on May 12, 2015. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $1,000 Mexican Pesos in his possession at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Hernandez, Duane   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

January 18, 2020                                        at   Brownsville, Texas
Date                                                         City/State

Ignacio Torteya III           U.S. Magistrate Judge
Name of Judge                 Title of Judge                 Signature of Judge